# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,

            Plaintiff,

                                  Civ. No. 11-1488 (RHK/LIB)
                                  **ORDER**

v.

Kerry L. Augustine, *et al.*,

            Defendants.

---

      Pursuant to 28 U.S.C. § 636 and Local Rule 72.1, **IT IS ORDERED** that this matter is **REFERRED** to Magistrate Judge Leo I. Brisbois for all pretrial matters, including recommended disposition of any dispositive motions the parties may file.

Dated: December 12, 2011                            s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge